IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

WHITNEY BANK,                              :

    Plaintiff,                        :

vs.                                        :     CA 14-0080-C

JOHN R. PEAVY and PEAVY                    :
CONSTRUCTION COMPANY, INC.,
                                            :

    Defendants.

## **JUDGMENT**

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that plaintiff shall have and take from defendants John R. Peavy and Peavy Construction Company, Inc. the sum of $717,550.71, with post-judgment interest to accrue at the rate of 0.11% from this date forward.

    **DONE** this the 26th day of August, 2014.

                                  s/WILLIAM E. CASSADY
                                  **UNITED STATES MAGISTRATE JUDGE**