# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **WHITNEY BANK,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2014-CV-0080 |
| ) | |
| **JOHN R. PEAVY and** ) | |
| **PEAVY CONSTRUCTION** ) | |
| **COMPANY, INC.,** ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S MOTION TO COMPEL DISCOVERY

COMES NOW the Plaintiff, Whitney Bank, ("Plaintiff"), and pursuant to Fed. R. Civ. P. 37, requests the Court to enter an order compelling the Defendants to respond to Plaintiff's Post Judgment Interrogatories and Request for Production of Documents. As grounds therefore, Plaintiff states as follows:

1. Plaintiff served its Post Judgment Interrogatories and Request for Production of Documents on February 4, 2015. A copy of same is attached hereto as Exhibit A.

2. Defendants' discovery responses were due on or before March 6, 2015.

3. Pursuant to Fed. R. Civ. P. 37, the undersigned counsel for Plaintiff sent a letter dated March 10, 2015, requesting that responses to the post-judgment

24305231 v1

discovery be provided by March 16, 2015, in order for Plaintiff to conduct a deposition scheduled for March 17, 2015. (See Ex. B at pg. 1). Defendant failed to provide the discovery prior to the deposition and counsel for Plaintiff was forced to take the deposition without discovery in hand. At the deposition, Defendant confirmed that he would put together the responses and forward them to Plaintiff's counsel.

4. On May 26, 2015, Plaintiff's counsel again sent correspondence to counsel for Defendants requesting that Mr. Peavy respond to past due discovery by Friday, June 5, 2015. (See Ex. B at pg. 2). No response was received. Finally, on June 5, 2015, another letter was sent to Defendants' counsel requesting responses to Plaintiff's Post Judgment Interrogatories and Request for Production of Documents by June 8, 2015. (See Ex. B at pg. 3). As of the date of this Motion, Defendants have not served their responses to Plaintiff's Post Judgment Interrogatories and Request for Production.

5. As provided above, Plaintiff has in good faith attempted to confer with Defendant regarding the discovery responses, but has been unable to obtain these responses without court intervention.

WHEREFORE, Plaintiff respectfully requests the Court to enter an order compelling Defendants to respond to Plaintiff's Post Judgment Interrogatories and

Request for Production of Documents within ten (10) days, or alternatively provide any other relief the Court deems appropriate.

                                        Respectfully submitted,

                                        *s/ Robert C. Matthews*
                                        ROBERT C. MATTHEWS   (MATTR7750)
                                        Attorney for Whitney Bank

BURR & FORMAN LLP
P.O. Box 2287
Mobile, Alabama  36652
Telephone: (251) 344-5151
rmatthews@burr.com

## CERTIFICATE OF SERVICE

     I do hereby certify that I have on this 9th day of June, 2015, electronically filed the foregoing document using the Court's E-File system, which will send notice to the following:

James Willis Garrett, III
Galloway, Wettermark, Everest & Rutens, LLP
P. O. Box 16629
Mobile, AL 36616-0629
Email: wgarrett@gallowayllp.com

                                        *s/ Robert C. Matthews*
                                        COUNSEL